KATE MODLIN et al., Respondents, *v.* HARRY LICHT et al., Appellants, Impleaded with Others.

(Argued November 21, 1929; decided December 6, 1929.)

*Charles A. Rathkopf* and *Arden H. Rathkopf* for appellants.

*Bruce R. Duncan* and *Mitchell Klupt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.